IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02286-MSK-KLM

CYNTHIA FOLEY,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and
UNIVERSITY OF COLORADO LONG TERM DISABILITY PLAN,

    Defendants.

## ORDER SETTING RULE 16 HEARING

THIS MATTER comes before the Court pursuant to FED. R. CIV. P. 16 and D.C.COLO.L.CivR 16.1 for setting of hearing.

**IT IS HEREBY ORDERED** that the parties shall appear on **December 15, 2009**, at **9:00 a.m.**, United States District Court for the District of Colorado, Courtroom A901, 901 19th Street, Alfred A. Arraj U.S. Courthouse, Denver, Colorado. It is,

**FURTHER ORDERED** that:

1. Parties shall appear by counsel, or if unrepresented appear in person;

2. At least **twenty-one (21)** days prior to the conference, counsel (or a *pro se* party) shall confer to discuss the matters identified in FED. R. CIV. P. 16(c). These include but are not limited to:

    a. Necessity of joinder of any party;
    b. Need for any amendments to pleadings;
    c. Whether resolution by summary judgment is likely;
    d. Discovery needs and scheduling;
    e. Prospects for settlement;
    f. Personal and subject matter jurisdictions;

    g. Identification of legal and factual issues;
    h. Length of trial;
    i. Referral of action to the Magistrate Judge; and
    j. Such other matters as any party considers conducive to the just, speedy, and inexpensive determination of this action.

3. At this hearing, counsel should be prepared to advise the Court whether this Court has subject matter jurisdiction and, if so, under what statutory provision and whether there is an expedited procedure that can be used to resolve critical issues.

DATED this 30th day of September, 2009.

           **BY THE COURT:**

          */s/ Marcia S. Krieger*
          _____

          Marcia S. Krieger
          United States District Judge