IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02286-MSK-KLM

CYNTHIA FOLEY,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Vacate Settlement Conference** [Docket No. 24; Filed April 27, 2010] (the "Motion"). Plaintiff opposes the Motion.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court does not have an available date for a Settlement Conference in July of 2010. Accordingly, the Settlement Conference is rescheduled for **August 18, 2010 at 1:30 p.m.** The parties shall submit confidential settlement statements or before **August 11, 2010**, in accordance with the procedures set forth in my previous Order [#18].

Dated: April 28, 2010