IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02286-MSK-KLM

CYNTHIA FOLEY,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Stipulated Motion for Entry of Protective Order** [Docket No. 27; Filed May 6, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is accepted for filing and entered, with interlineations, as an Order of the Court as of today's date.

Dated: May 10, 2010